1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email: kdaly@btdlegal.com

5  Attorneys for Defendant
   RICKY LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00347-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| RICKY LEE CAMPBELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Ricky Lee Campbell, through his counsel, Kresta Nora Daly, that the status conference set for December 5, 2013 be vacated. The parties request a new status conference for January 9, 2014, at 9:30 a.m.

The parties are actively engaged in plea negotiations and believe that additional time may result in a plea agreement.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

STIPULATION AND ORDER                                                              [Case No. 2:13-CR-00347-TLN]

Dated:  December 2, 2013       Respectfully submitted,

BARTH TOZER & DALY LLP

By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for RICKY LEE CAMPBELL

Dated:  December 2, 2013       By     /s/ Kresta Nora Daly for
                                      MICHELLE RODRIGUEZ
                                      Assistant United States Attorney

## ORDER

For the reasons stipulated by the parties the status conference of December 5, 2013 is vacated.  A status conference will be reset for January 9, 2014.  The Court finds excludable time through January 9, 2014 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: December 3, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                                    [Case No. 2:13-CR-00347-TLN]