Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
RICKY LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICKY LEE CAMPBELL,<br><br>　　　　Defendant. | Case No. 2:13-CR-00347-TLN<br><br>**STIPULATION AND ORDER** |

　　　It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Ricky Lee Campbell, through his counsel, Kresta Nora Daly, that the status conference set for January 9, 2014 be vacated.  The parties request a new status conference for January 30, 2014, at 9:30 a.m.

　　　The parties are actively engaged in plea negotiations and believe that additional time may result in a plea agreement.

　　　The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

-1-

Dated: January 6, 2014      Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for RICKY LEE CAMPBELL

Dated: January 6, 2014      By   /s/ Kresta Nora Daly for
MICHELLE RODRIGUEZ
Assistant United States Attorney

## **ORDER**

For the reasons stipulated by the parties the status conference of January 9, 2014 is vacated.

The status conference will be reset for January 30, 2014, at 9:30 a.m. The Court finds excludable time through January 30, 2014 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: January 7, 2014

Troy L. Nunley
United States District Judge

-2-

STIPULATION AND ORDER      [Case No. 2:13-CR-00347-TLN]