Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
RICKY LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00347-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| RICKY LEE CAMPBELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Ricky Lee Campbell, through his counsel, Kresta Nora Daly, that the status conference set for January 30, 2014 be vacated.  The parties request a new status conference for February 20, 2014.

Defense counsel has received a plea agreement from the government and requires additional time to discuss it with her client.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

-1-

Dated: January 23, 2014            Respectfully submitted,

BARTH TOZER & DALY LLP


By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for RICKY LEE CAMPBELL


Dated: January 23, 2014     By     /s/ Kresta Nora Daly for
                                   MICHELLE RODRIGUEZ
                                   Assistant United States Attorney


**ORDER**

For the reasons stipulated by the parties the status conference of January 30, 2014 is vacated.

The status conference will be reset for February 20, 2014. The Court finds excludable time through February 20, 2014 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interests of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: January 23, 2014

Troy L. Nunley
United States District Judge

-2-

STIPULATION AND ORDER                                              [Case No. 13-CR-00347-TLN]